```
1   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2     Including Professional Corporations
    TENAYA RODEWALD, Cal Bar No. 248563
3   1540 El Camino Real Suite 120
    Menlo Park, California 94025-4111
4   Telephone:    650.815.2600
    Facsimile:    650.815.2601
5   E mail:       trodewald@sheppardmullin.com

6
    Attorneys for Petitioner American Institute of
7   Certified Public Accountants

8
```

9  UNITED STATES DISTRICT COURT

10  NORTHERN DISTRICT OF CALIFORNIA

11  SAN FRANCISCO DIVISION

12

| 13 |  | Case No. 3:24-MC-80149 |
|---|---|---|
| 14 | In re: DMCA Section 512(h) Subpoena to Discord, Inc., | **PETITIONER AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS' REQUEST FOR ISSUANCE OF 17 U.S.C. § 512(h) SUBPOENA** |
| 15 |  |  |
| 16 |  |  |

17

18   Pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h),

19  Petitioner American Institute of Certified Public Accountants ("AICPA"), by and through its

20  undersigned counsel, hereby requests that the Clerk of this Court issue a subpoena to Discord, Inc.

21  ("Discord") seeking documents and information related to the content uploader identified by the

22  user name below (the "DMCA Subpoena"), and respectfully shows the Court as follows:

23  1.    The requested DMCA Subpoena is directed to Discord, the service provider of the account

24        through which a certain content uploader, listed under their Discord username below,

25        posted content that infringes a registered copyright held by the AICPA (the "Infringing

26        Content") at the following URL:

27        - https://discord.com/channels/798657995231592491/1164683382672863344/1203434018482159757

28        **Posted by Username: wesleysakamoto**

2. The AICPA has satisfied all of the requirements necessary for issuance of a subpoena pursuant to 17 U.S.C. § 512(h), namely:

    a. The AICPA submits herewith a copy of the notice required by 17 U.S.C. § 512(c)(3)(A), which is attached as <u>Exhibit 1</u> to the Declaration of Christopher M. Thomas (the "Thomas Declaration"), which is attached hereto as **<u>Exhibit A</u>**;

    b. The AICPA submits herewith the proposed DMCA Subpoena, which is hereto attached as **<u>Exhibit B</u>**; and

    c. The AICPA submits herewith a sworn declaration confirming that: (a) the purpose for which the DMCA Subpoena is sought is to obtain the identity of the alleged infringer; and (b) such information will be used only for the purpose of protecting the AICPA's rights under 17 U.S.C. § 512(h)(2) (*see* Thomas Declaration).

Because the AICPA has complied with all of the statutory requirements, the AICPA respectfully requests that the Clerk expeditiously issue and sign the proposed DMCA Subpoena pursuant to 17 U.S.C.§ 512(h)(4) and return it to undersigned counsel for service on the subpoena recipient.

Dated: June 14, 2024

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   */s/ Tenaya Rodewald*
      TENAYA RODEWALD

*Attorneys for Petitioner American Institute of Certified Public Accountants*